UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>BOBBY DARYL HILL, )<br>)<br>Defendant. ) | Criminal Action No. 6: 02-72-DCR<br>Civil Action No. 6: 05-189-DCR<br><br>**MEMORANDUM OPINION<br>AND ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant/Petitioner Bobby Daryl Hill's request for habeas corpus relief filed pursuant to 28 U.S.C. § 2255. Consistent with local practice, this action was referred Magistrate Judge J. B. Johnson, Jr. for the purpose of reviewing the merits of Hill's petition which seeks to vacate or set aside his sentence. [Record No. 48] After reviewing the issues raised by Hill, the Magistrate Judge recommended that his motion should be denied with prejudice, that the petition for habeas corpus relief be denied and that no certificate of appealability should be issued. [Record No. 49] No objections to the Report and Recommendation have been filed within the time permitted.

Having reviewed the Report and Recommendation, the Court is of the opinion that it should be adopted in full and that the petition for relief should be denied. Specifically, as outlined in the Magistrate Judge's report, Hill did not file a direct appeal from the underlying sentence and did not file his § 2255 motion until over two years later. Therefore, his motion

is time-barred. Further, Hill expressly waived the right to challenge his conviction and sentence through a collateral action under 28 U.S.C. § 2255. This waiver was made in a knowing, intelligent and voluntary manner as established during rearraignment of Hill to the underlying charges.

As to the specific challenge that his guideline calculation was incorrect, the Sixth Circuit has recognized that habeas relief is not available when the alleged error was procedurally defaulted by the failure to bring a direct appeal. *Hunter v. United States*, 160 F.3d. 1109 (6th Cir. 1998); *Grant v. United States*, 72 F.3d 503, 505 (6th Cir. 1996). In addition, Hill has not timely pursued a claim of ineffective assistance of counsel and may not use that claim to excuse his procedural default. The Court also agrees with the Magistrate Judge's conclusion that no hearing is required under the facts presented.

Finally, a certificate of appealability will not issue because Hill has not made a substantial showing of the denial of a constitutional right. *Murphy v. Ohio*, 263 F.3d 466 (6th Cir. 2002). Accordingly, it is hereby

**ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted by the Court and incorporated herein by reference.

2. Defendant/Petitioner Bobby Daryl Hill's petition for habeas corpus relief under 28 U.S.C. § 2255 is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket. Hill's motion to vacate and set aside his sentence is **DENIED**.

3. For the reasons set forth above and in the Magistrate Judge's Report and

Recommendation, the Court determines that no certificate of appealability should issue.

This 12th day of May, 2005.

Signed By:
*Danny C. Reeves* DCR
United States District Judge